[No. 197.  Decided August 1, 1891.]

Patrick McAleer et al. v. Alice S. Hill, Executrix.

Jacobs & Jenner, and W. R. Andrews, for appellants.

Junius Rochester, for appellees.

Dunbar, J.— For the reasons assigned in the case of Charles McSorley and Ellen McSorley v. Alice S. Hill, Executrix, etc., ante, p. 638, the judgment in this case is affirmed.

Anders, C. J., and Scott, Stiles, and Hoyt, JJ., concur.